UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WAYNE ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY JAIL,<br><br>　　　　　Defendant. | No. 2:16-cv-1914 CKD P<br><br><br>ORDER |

　　　Plaintiff, a Butte County Jail prisoner proceeding pro se, has filed documents suggesting he intends to initiate a civil action in this court. However, the documents are submitted on forms meant for California Superior Court use. Good cause appearing, the court will send plaintiff the forms necessary for initiating a civil action in federal court. If plaintiff wishes to initiate a federal action, he must fill out the forms completely and return them within 30 days. Alternatively, if plaintiff did not intend to initiate a federal action, and if plaintiff would like the court to return his Superior Court documents to him, he should so inform the court within 30 days.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case. Plaintiff shall also submit, within thirty days from the date of this order, the application to

1

1 proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the
2 amount of $400.00.  Plaintiff's failure to comply with this order will result in dismissal.
3       3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil
4 rights action, and the application to proceed in forma pauperis by a prisoner.
5       4.  If plaintiff did not intend to initiate an action in this court, and if plaintiff would like
6 the court to return the documents already submitted by him, he should so inform the court within
7 30 days.
8 Dated:  August 17, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
roge1914.wf

2