UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WAYNE ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY JAIL,<br><br>　　　　　Defendants. | No. 2:16-cv-1914 CKD P<br><br><br>ORDER |

　　　　Plaintiff, a Butte County Jail prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff has not submitted a certified copy of his jail trust account statement for the six month period immediately preceding the filing of his complaint as required under 28 U.S.C. § 1915(a)(2).  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his jail trust account statement for the six month period immediately preceding the filing of his complaint.

/////

/////

/////

1

2. If officers at the Butte County Jail refuse to provide plaintiff with the required certified copy of plaintiff's trust account statement, plaintiff shall provide the court with the names of such officers within 30 days.

3. Plaintiff's failure to comply with this order will result in dismissal.

Dated: October 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
roge0914.tas