UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WAYNE ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY JAIL,<br><br>　　　　Defendant. | No.  2:16-cv-1914 CKD P<br><br><br>ORDER FOR TRUST<br>ACCOUNT STATMENT |

To:  The Sheriff of Butte County, Attention: Jail/Sheriff Clerks, 33 County Center Drive, Oroville, California 95965:

　　　Good cause appearing, IT IS HEREBY ORDERED that within 14 days, the Butte County Sheriff or his designee shall provide the court with a certified copy of the trust account statement for inmate Johnny Wayne Rogers (No. 104882) for the past 6 months.  Failure to comply with this order will result in sanctions.

Dated:  December 19, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
roge1914.tas